UNITED STATES DISTRICT COURT

COURT OF MASSACHUSETTS

LAWRENCE WATSON
    PLAINTIFF

      v.

ELAINE MORIARTY ET AL
    DEFENDANTS

CIVIL ACTION No.
    04-11080-RGS

NOTICE OF APPEAL

The Plaintiff, Lawrence Watson, is filing notice of appeal in this Court because he intends to appeal the dismissal of the above-named complaint

RESPECTFULLY,

*Lawrence Watson*

LAWRENCE WATSON
PRO SE
11 LUZERNE ST
BOSTON, MA 02124
(617) 282-6181
DATED: AUGUST 13, 2004