# United States Court of Appeals
## For the First Circuit

No.   04-2144

LAWRENCE WATSON,
Plaintiff - Appellant,

v.

ELAINE MORIARTY, First Justice; COMMONWEALTH OF MASSACHUSETTS
Defendants - Appellees,

### JUDGMENT

**Entered: October 22, 2004**

By order entered August 31, 2004, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by October 20, 2004 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: NOV 16 2004

By the Court:
Richard Cushing Donovan, Clerk

By:_____
Operations Manager

[cc: Mr. Watson]